Bismillah ir Rahman ir Rahim. Al-Hamdulillah.

P8

Date: March 22, 2020

To: Clerk of Court
517 E. Wisconsin Ave,
Milwaukee, WI 53202

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 MAR 25 A 12:55

CLERK OF COURT

RE: Rufus West a/k/a Muslim Mansa Lutalo Iyapo v.
John Kind, et. al, Case No. 17-CV-482.

Dear Clerk,

The prison is on lockdown due to Covid 19. On 3-18-20 I received the court's ruling in my case in Case No. 18-CV-1277. I went to the law library later that night. While at the law library I discovered that the court ruled in my case above-captioned* but as of today I have not received a copy of the court's decision. It's weird because Redgranite Correctional Institution sent me a copy of the court's decision in the Bauman case - but not this case.

*on Westlaw

Your attention to this matter will be appreciated.

Sincerely,

Rufus West     a/k/a Muslim Mansa Lutalo Iyapo
P.O. Box 19033 (GBCI)     Muslim Mansa Lutalo Iyapo