Bismillah ir Rahman ir Rahim. Al-Hamdulillah.

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF WISCONSIN |
|---|---|

Rufus West a/k/a Muslim Mansa Lutalo Iyapo,

    Plaintiff,

v.                                             Case No. 17-CV-482

John Kind. Warden Scott Eckstein, Brad Hompe,
Cindy O' Donnell, and Isaac Buhle,

    Defendants.

## PLAINTIFF'S NOTICE OF APPEAL

    Notice is hereby given that Rufus West a/k/a Muslim Mansa Lutalo Iyapo (Plaintiff) in the above-named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment in the screening order dated July 31, 2018, denying Muslim's claim under the Fourteenth Amendment; and the final judgment granting defendants motion for summary judgment (Dkt. No. 28), denying Muslim's motion for summary judgment (Dkt. 42) and dismissing case entered in this action on the 9th day of March, 2020.

    Dated this 1st day of April, 2020.

Rufus West, #225213          a/k/a          Muslim Mansa Lutalo Iyapo

    P.O. Box 19033 (GBCI)
    Green Bay, WI 54307